Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                              Case No.:  24−16538−MBK
                                              Chapter:  13
                                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Michael Jankoski
   aka Christopher M. Jankoski, aka
   Christopher Jankoski
   22 Kenith Way
   Robbinsville, NJ 08691

Social Security No.:
   xxx−xx−6586

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/24.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2024
JAN: wiq

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Michael Jankoski  
    Debtor

Case No. 24-16538-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 09, 2024      Form ID: 148      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Michael Jankoski, 22 Kenith Way, Robbinsville, NJ 08691-3075 |
| auc | + | Blue Moon Estate Sales of Central Jersey, 26 Dayna Drive, Monroe, NJ 08831-1991 |
| r | + | Raquel Nunez-Villaman, Weichert, 1394 Route 9 South, Old Bridge, NJ 08857-2861 |
| 520316586 | | BRIDGECREST CREDIT COMPANY,LLC, 1800 N COLORADO ST, Gilbert, AZ 85233 |
| 520316589 | + | CAPITAL HEALTH, ATTN: PATIENT ACCOUNTS, 750 BRUNSWICK AVE, Trenton, NJ 08638-4143 |
| 520316591 | + | CAPITAL HEALTH MEDICAL GROUP, ATTN: 17558X, PO BOX 14000, Belfast, ME 04915-4033 |
| 520316593 | + | CENTRAL JERSEY EMER MEDICINE ASSOC PC, ATTN: 821, PO BOX 3484, Toledo, OH 43607-0484 |
| 520316594 | + | CENTRASTATE HEALTHCARE SYSTEM, 901 W Main St, Freehold, NJ 07728-2549 |
| 520316599 | + | CREDIT MANAGEMENT COMPANY, PO BOX 16182, Pittsburgh, PA 15242-0182 |
| 520316604 | + | FREEHOLD BOROUGH, 30 MECHANIC STREET, Freehold, NJ 07728-2206 |
| 520316605 | + | HACKENSACK MERIDIAN HEALTH, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316618 | + | HACKENSACK MERIDIAN HEALTH MEDICAL GROUP, PO BOX 95000-4535, Philadelphia, PA 19195-0001 |
| 520316617 | + | HACKENSACK MERIDIAN HEALTH MEDICAL GROUP, PO BOX 95000-4353, Philadelphia, PA 19195-0001 |
| 520316616 | + | HACKENSACK MERIDIAN HEALTH MEDICAL GROUP, PO BOX 95000, Philadelphia, PA 19195-0001 |
| 520316619 | + | HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, 40 PATERSON STREET PO BOX 480, New Brunswick, NJ 08903-0480 |
| 520316621 | + | JERSEY SHORE UIVERSITY MEDICAL CENTER, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316622 | | JERSEY SHORE UNIVERSITY MEDICAL CENTER, 1945 NJ-33, Neptune, NJ 07753 |
| 520316626 | + | NEW JERSEY NATURAL GAS, 1415 WYCKOFF ROAD PO BOX 1464, Belmar, NJ 07719-1464 |
| 520316634 | + | PRINCETON RADIOLOGY ASSOCIATED PA, 3674 State Route 27, Kendall Park, NJ 08824-1002 |
| 520316637 | + | RWJ BARNABAS HEALTH, PO BOX 22363, New York, NY 10087-0001 |
| 520316640 | + | VENGROFF WILLIAMS, INC, DEPT 500 PO BOX 4478, Houston, TX 77210-4478 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520316570 | + | Email/Text: amscbankruptcy@adt.com | Oct 09 2024 20:37:00 | ADT SECURITY SERVICES, PO BOX 371878, Pittsburgh, PA 15250-7878 |
| 520316571 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 09 2024 20:59:43 | AFFIRM, 650 CALIFORNIA STREET, FLOOR 12, San Francisco, CA 94108-2716 |
| 520316573 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 09 2024 20:36:00 | ALLIANCEONE, PO BOX 3100, Southeastern, PA 19398-3100 |
| 520316572 | ^ | MEBN | Oct 09 2024 20:36:42 | ALLIANCEONE, 3043 WALTON ROAD, SUITE 201, Plymouth Meeting, PA 19462-2389 |
| 520316575 | + | Email/Text: ebn@americollect.com | Oct 09 2024 20:37:00 | AMERICOLLECT, PO BOX 1505, Manitowoc, |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| 520316574 | Email/Text: ebn@americollect.com | Oct 09 2024 20:37:00 | AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |
| 520316580 | + EDI: BANKAMER | Oct 10 2024 00:21:00 | BANK OF AMERICA, N.A., 450 AMERICAN ST 93065-6285 |
| 520316581 | + EDI: TSYS2 | Oct 10 2024 00:21:00 | BARCLAYS BANK DELAWARE, PO BOX 8803 ATT: CREDIT BUREAU, Wilmington, DE 19899-8803 |
| 520316582 | ^ MEBN | Oct 09 2024 20:34:25 | BCA FINANCIAL SERVICES, 18001 OLD CUTLER ROAD, SUITE 462, Miami, FL 33157-6437 |
| 520316585 | Email/Text: bankruptcynotices@bermanrabin.com | Oct 09 2024 20:36:00 | BERMAN & RABIN, PA, 15280 METCALF AVE, Overland Park, KS 66223 |
| 520321425 | + EDI: AISACG.COM | Oct 10 2024 00:21:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520316587 | + Email/Text: bankruptcy@ctech-collects.com | Oct 09 2024 20:36:00 | C.TECH COLLECTIONS, INC, PO BOX 402, Mount Sinai, NY 11766-0402 |
| 520316592 | + EDI: CAPITALONE.COM | Oct 10 2024 00:21:00 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520340541 | + Email/Text: bankruptcy@certified-solutions.com | Oct 09 2024 20:36:00 | CENTRASTATE MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520316595 | + Email/Text: bankruptcy@certified-solutions.com | Oct 09 2024 20:36:00 | CERTIFIED SOLUTIONS, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 520316596 | + EDI: CCS.COM | Oct 10 2024 00:21:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 520316598 | + EDI: CCS.COM | Oct 10 2024 00:21:00 | CREDIT COLLECTIONS SERVICES, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 520316601 | ^ MEBN | Oct 09 2024 20:37:09 | CREDIT MANAGEMENT COMPANY, 200 EAST POST ROAD, SUITE 130, White Plains, NY 10601-4959 |
| 520316603 | + Email/Text: bankruptcy@ctech-collects.com | Oct 09 2024 20:36:00 | CTECH COLLECTIONS INC, PO BOX 402, Mount Sinai, NY 11766-0402 |
| 520328337 | + EDI: AISACG.COM | Oct 10 2024 00:21:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520316606 | ^ MEBN | Oct 09 2024 20:35:26 | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520331661 | + Email/Text: bankruptcy@ctech-collects.com | Oct 09 2024 20:36:00 | Hackensack University Medical Group, c/o C. Tech Collections, Inc., 5505 Nesconset Highway - Suite 200, Mt. Sinai, NY 11766-2026 |
| 520316620 | + EDI: IRS.COM | Oct 10 2024 00:21:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520316623 | EDI: JPMORGANCHASE | Oct 10 2024 00:21:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801 |
| 520364421 | + Email/Text: RASEBN@raslg.com | Oct 09 2024 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520316624 | ^ MEBN | Oct 09 2024 20:35:35 | KML LAW GROUP, PC, 701 MARKET STREET, SUITE 5000, Philadelphia, PA 19106-1541 |
| 520316625 | Email/Text: Bankruptcy@mjrf.com | Oct 09 2024 20:36:00 | MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP, 6851 JERICHO RPKE, SUITE 220, PO |

WI 54221-1505

Case 24-16538-MBK    Doc 29    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 9036, Syosset, NY 11791 |
| 520316628 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 09 2024 20:36:00 | NJ E-ZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316627 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 09 2024 20:36:00 | NJ EZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316632 | ^ | MEBN | Oct 09 2024 20:36:33 | PA TURNPIKE TOLL BY PLATE, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 520316633 | ^ | MEBN | Oct 09 2024 20:36:38 | PORT AUTHORITY NY NJ, ATTN: TOLLS BY MAIL PAYMENT PROCESSING C, PO BOX 15183, Albany, NY 12212-5183 |
| 520316635 | ^ | MEBN | Oct 09 2024 20:36:44 | QUEST DIAGNOSTICS, PO BOX 825, South Windsor, CT 06074-0825 |
| 520316636 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2024 20:37:00 | ROCKET MORTGAGE, LLC, 1050 WOODWARD AVENUE, Detroit, MI 48226-3573 |
| 520335542 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2024 20:37:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520316638 | + | Email/Text: DeftBkr@santander.us | Oct 09 2024 20:37:00 | SANTANDER BANK N.A., 15 WESTMINSTER STREET, Providence, RI 02903-2437 |
| 520316639 | + | EDI: SYNC | Oct 10 2024 00:21:00 | SYNCB/SAMS CLUB, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 520316641 | ^ | MEBN | Oct 09 2024 20:35:59 | VENGROFF WILLIAMS, INC., PO BOX 4155, Sarasota, FL 34230-4155 |
| 520316642 | ^ | MEBN | Oct 09 2024 20:36:02 | VIOLATIONS PROCESSING CENTER, PO BOX 15186, Albany, NY 12212-5186 |
| 520316644 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Oct 09 2024 20:36:00 | WATERFALL REVENUE GROUP, 2297 STATE HIGHWAY 33, SUITE 906, Trenton, NJ 08690-1717 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520316579 | *+ | AMERICOLLECT, PO BOX 1505, Manitowoc, WI 54221-1505 |
| 520316576 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |
| 520316577 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |
| 520316578 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |
| 520316583 | *+ | BCA FINANCIAL SERVICES, 18001 OLD CUTLER ROAD, SUITE 462, Miami, FL 33157-6437 |
| 520316584 | *+ | BCA FINANCIAL SERVICES, 18001 OLD CUTLER ROAD, SUITE 462, Miami, FL 33157-6437 |
| 520316588 | *+ | C.TECH COLLECTIONS, INC, PO BOX 402, Mount Sinai, NY 11766-0402 |
| 520316590 | *+ | CAPITAL HEALTH, ATTN: PATIENT ACCOUNTS, 750 BRUNSWICK AVE, Trenton, NJ 08638-4143 |
| 520316597 | *+ | CREDIT COLLECTION SERVICES, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 520316600 | *+ | CREDIT MANAGEMENT COMPANY, PO BOX 16182, Pittsburgh, PA 15242-0182 |
| 520316602 | *+ | CREDIT MANAGEMENT COMPANY, 200 EAST POST ROAD, SUITE 130, White Plains, NY 10601-4959 |
| 520316607 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316608 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316609 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316610 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316611 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316612 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316613 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316614 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316615 | *+ | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520316629 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ |

|  |  |  |
|---|---|---|
|  |  | 07114-2562, address filed with court:, NJ E-ZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316630 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-ZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316631 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-ZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316643 | *+ | VIOLATIONS PROCESSING CENTER, PO BOX 15186, Albany, NY 12212-5186 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Christopher Michael Jankoski thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4