UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          _____
                                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Goode, Esq.<br>61 Village Court<br>Hazlet, NJ 07730<br>mgoode@arbusmaybruch.com. | Attorney for Freehold Borough | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| INTERNAL REVENUE SERVICES<br>ATTN: MANAGING AGENT/ PRESIDENT<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | INTERNAL REVENUE SERVICES | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY DIVISION OF TAXATION<br>ATTN: MANAGING AGENT/ PRESIDENT<br>50 Barrack St Fl 9<br>Trenton, NJ 08608-2006 | NEW JERSEY DIVISION OF TAXATION | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General,<br>United States Department of Justice,<br>Ben Franklin Station, PO Box 68,<br>Washington, DC 20044<br>Attn: Managing Agent/President | US Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Building<br>970 Broad St., Ste 700<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee-<br>One Newark Center, Suite 2100<br>1085 Raymond Blvd.<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>ECFNotices@aisinfo.com | CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack University Medical Group<br>5505 Nesconset Hwy, Suite 200<br>Mt. Sinai, NY 11766<br>marketing@ctech-collects.com | CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Centrastate Medical Center<br>C/O CERTIFIED−SOLUTIONS<br>PO BOX 1750<br>WHITEHOUSE STATION, NJ 08889<br>bankruptcy@certified−solutions.com | CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>ChasePOCNotification@rasflaw.com | Authorized Agent for Chase | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hoagland, Longo, Moran, Dunst & Doukas, LLP<br>40 Paterson Street<br>New Brunswick, NJ 08903<br>jmazur@hoaglandlongo.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*