UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: 732-866-6655

| | |
|---|---|
| IN RE:<br><br>**CHRISTOPHER MICHAEL JANKOSKI** | CASE NO.: 24-16538<br>HEARING DATE:<br>JUDGE: MBK |

<u>**CERTIFICATION OF EDWARD HANRATTY, ESQ. IN SUPPORT OF THE
MOTION TO VACATE DISMISSAL**</u>

I, Edward Hanratty, Esq., attorney for the debtor in the above-mentioned matter, and as such am fully familiar with the facts set forth herein. I make this certification in support of the Motion to Vacate Dismissal:

1. Debtor has provided a total of $200.00 in cash to my office.

2. The funds have been deposited in my Attorney Trust Account.

3. The funds are in connection with the Debtors November 2024 and December 2024 Trustee Payment.

I hereby certify that the foregoing statements are true. We acknowledge that if they are found to be willfully false, we are subject to punishment.

Respectfully Submitted,

Date: December 10, 2024

**/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.