UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
Office:732-866-6655
Fax:732-734-0651

Order Filed on December 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER M. JANKOSKI

Case No.: 24-16538

Chapter: 13

Judge: MBK

## ORDER AUTHORIZING RETENTION OF

Jeffrey M. Lehman, Esq./ The Lehman Law Firm, P

The relief set forth on the following page is **ORDERED**.

**DATED: December 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Jeffrey M. Lehman, Esq./ The Lehman La

as _____ATTORNEY_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Jeffrey M. Lehman, Esq./ The Lehma
   42 Throckmorton Lane
   Old Bridge, NJ 08857

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*