UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR
9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: 732-866-6655

IN RE:

    **CHRISTOPHER MICHAEL JANKOSKI**

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

## <u>CERTIFICATION OF EDWARD HANRATTY, ESQ. IN SUPPORT OF THE MOTION TO VACATE DISMISSAL</u>

I, Edward Hanratty, Esq., attorney for the debtor in the above-mentioned matter, and as such am fully familiar with the facts set forth herein. I make this certification in support of the Motion to Vacate Dismissal:

1. Debtor has provided a total of $700.00 to my office in connection with his trustee payments:

    a. $322.00 in connection with November 2024, December 2024 and January 2025 Trustee Payment

    b. $378.00 in connection with the trustee's refund to debtor

2. The funds have been deposited in my Attorney Trust Account.

3. The debtor is now current with his Trustee payments.

4. The Domestic Support Obligation information was uploaded via 13docs on August 21, 2024.

5. Homeowners insurance declaration page was uploaded via 13docs on August 21, 2024.

6. The realtor's listing agreement was uploaded via 13docs on December 27, 2024.

7. Attached hereto as **Exhibit A** is a true copy of the debtors amended Income and Expenses.

    a. Medical expenses have reduced to due Medicaid

    b. Child Support has reduced

    c. IRS 2023 refund reduced due to setoff in connection with IRS debt from 2022.

8. Attached hereto as **Exhibit B** is a true copy of the modified plan to be filed treating the following creditors:

    a. Carvana: To be surrendered (vehicle was repossessed)

    b. Rocket Mortgage: Property to be sold (See Motion to Approve Sale "Doc 34")

    c. The Modified Plan proposes to pay non-exempt equity from PNC Bank Account.

9. Debtor will provide 2 months proof of income and 2024 tax returns 6 months from confirming order.

10. Attached hereto as **Exhibit C** is a true certification from the debtor regarding the transfer of Guest Drive, Morganville martial property to ex-spouse.

11. The quitclaim deed was uploaded to 13docs on September 06, 2024.

I hereby certify that the foregoing statements are true. We acknowledge that if they are found to be willfully false, we are subject to punishment.

Respectfully Submitted,

Date: December 27, 2024

**/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.

# EXHIBIT A

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | CHRISTOPHER MICHAEL JANKOSKI |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | 3:24-bk-16538 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ 0.00 | $ _____ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ _____ 0.00 | +$ _____ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ _____ 0.00 | $ _____ N/A |

Debtor 1    CHRISTOPHER MICHAEL JANKOSKI                    Case number (*if known*)    3:24-bk-16538

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................ | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ N/A

8b. **Interest and dividends**    8b.    $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 2,400.00    $ N/A

8d. **Unemployment compensation**    8d.    $ 0.00    $ N/A

8e. **Social Security**    8e.    $ 0.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ N/A

8g. **Pension or retirement income**    8g.    $ 0.00    $ N/A

8h. **Other monthly income.** Specify: TAX REFUND    8h.+    $ 208.55 +    $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 2,608.55    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 2,608.55 + $ N/A = $ 2,608.55
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 2,608.55
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1    CHRISTOPHER MICHAEL JANKOSKI | Check if this is:<br>☐ An amended filing<br>☐ A supplement showing postpetition chapter 13 expenses as of the following date: |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY | _____<br>MM / DD / YYYY |
| Case number    3:24-bk-16538<br>(If known) | |

## Official Form 106J
## Schedule J: Your Expenses                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☒ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 5 | ☒ No  ☐ Yes |
| Daughter | 3 | ☒ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues    4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

6. **Utilities:**
   6a. Electricity, heat, natural gas    6a. $ _____ 0.00
   6b. Water, sewer, garbage collection    6b. $ _____ 0.00
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 0.00
   6d. Other. Specify: _____    6d. $ _____ 0.00

Debtor 1    CHRISTOPHER MICHAEL JANKOSKI                                    Case number (if known)    3:24-bk-16538

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 458.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 900.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 504.80 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 0.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  16. $    0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $    600.00

19. **Other payments you make to support others who do not live with you.**   $    0.00
Specify: _____  19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |

21. **Other:** Specify: _____   21.  +$    0.00

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 2,462.80 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,462.80 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,608.55 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,462.80 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 145.75 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    | Explain here: |

# EXHIBIT B

<u>**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**</u>

0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease     0 Lien Avoidance

**Last revised: November 14, 2023**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### District of New Jersey

In Re:     CHRISTOPHER MICHAEL JANKOSKI          Case No.: _____24-16538_____

                                                 Judge: _____MBK_____

Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☒ Modified/Notice Required         Date: __DECEMBER 10, 2024__
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney  _/s/ EH_      Initial Debtor: _/s/ CMJ_      Initial Co-Debtor  _____

**Part 1:  Payment and Length of Plan**

1

a.      The debtor shall pay to the Chapter 13 Trustee **$100.00** monthly for 60 months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $_____ per month for _____ months; $_____ per month for _____ months, for a total of 60 months.

b.      The debtor shall make plan payments to the Trustee from the following sources:
  ☒      Future Earnings
  ☐      Other sources of funding (describe source, amount and date when funds are available):

c.      Use of real property to satisfy plan obligations:
  ☒      Sale of real property
         Description: 15 Sheriff Street, Freehold, NJ 07728
         Rocket Mortgage

         Proposed date for completion:          Closing scheduled for
                                                December 20, 2024
                                                _____

  ☐      Refinance of real property:
         Description:
         Proposed date for completion:          _____

  ☐      Loan modification with respect to mortgage encumbering property:
         Description:
         Proposed date for completion:          _____

d.  ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

  ☒      If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☒ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.      For debtors filing joint petition:
  ☐      Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

        Initial Debtor: _____      Initial Co-Debtor: _____

**Part 2:  Adequate Protection**                    X  **NONE**

        a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

        b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

**Part 3:  Priority Claims (Including Administrative Expenses)**

        a.      All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $0.00 |
| DOMESTIC SUPPORT OBLIGATION | | NONE- |
| Internal Revenue Service | Taxes and Certain Other Debts | 00.00 |

        b.      Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

**a.**    **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|

**b.**    **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|

**c.**    **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|

**d.**    **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds the value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

e. **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| CARVANA, LLC | 2017 SUBARU CROSSTREK | UNKNOWN - VEHICLE REPOED | $25,617.03 |

f. **Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| | | | | |

| **Part 5:  Unsecured Claims** | **NONE** |
|---|---|

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

| **Part 6:  Executory Contracts and Unexpired Leases** | X | **NONE** |
|---|---|---|

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

| **Part 7:  Motions** | X | **NONE** |
|---|---|---|

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**

4

**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

      **a.**      **Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

      **b**.      **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☒ NONE**

      The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

      **c.**      **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE**

      The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

      d.      Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8:  Other Plan Provisions**

      **a.**      **Vesting of Property of the Estate**

      ☒      Upon Confirmation
      ☐      Upon Discharge

      **b.**      **Payment Notices**

      Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay**.**

      **c.**      **Order of Distribution**

      The Trustee shall pay allowed claims in the following order:

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | |
|---|---|---|
| 1) | Chapter 13 Standing Trustee Fees, upon receipt of funds | |
| 2) | Other Administrative Claims | |
| 3) | Secured Claims | |
| 4) | Lease Arrearages | |
| 5) | Priority Claims | |
| 6) | General Unsecured Claims | |

**d.        Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification**                    **NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  __06/28/2024____.

Explain below **why** the plan is being modified:
    Remove treatment to IRS and provide closing date for sale of property

Are Schedules I and J being filed simultaneously with this Modified Plan?          ☐ Yes          ☒ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**
Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:  December 10, 2024                     /s/ CHRISTOPHER MICHAEL JANKOSKI
_____                     _____
                                            CHRISTOPHER MICHAEL JANKOSKI
                                            Debtor

Date:  _____              _____
                                            Joint Debtor

Date   December 10, 2024                     /s/ Edward Hanratty
_____                     _____
                                            Edward Hanratty
                                            Attorney for the Debtor(s)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: 732-866-6655

IN RE:

**CHRISTOPHER MICHAEL JANKOSKI**

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

## CERTIFICATION OF DEBTOR

I am Christopher Michael Jankoski, the debtor in the above-mentioned matter, and as such am fully familiar with the facts set forth herein.

1. On or about July 26, 2023, I signed a Quit Claim Deed in connection with property located at 16 Guest Drive, Morganville, NJ 07728 **EXHIBIT A**

2. At closing I received a total amount of $126,000.00 **EXHIBIT B**

3. I used $109,436.29 to purchase property located at 15 Sheriff Street, Freehold, NJ 07728.
   **EXHIBIT C**

4. The balance of $16,563.71 were used for daily living expenses.

I hereby certify that the foregoing statements are true. We acknowledge that if they are found to be willfully false, we are subject to punishment.

Respectfully Submitted,

Date: 12/19/24

_____
CHRISTOPHER M. JANKOSKI

# EXHIBIT A

Inst. # 2023054745 - Page 1 of 9



# Monmouth County Document Summary Sheet

MONMOUTH COUNTY CLERK

PO BOX 1251

MARKET YARD

FREEHOLD NJ 07728

| Transaction Identification Number | 6779316 | 8263885 |
|---|---|---|

**Recorded Document to be Returned by Submitter to:**

STEWART TITLE GUARANTY - NON CA LOANS

500 N. BROADWAY, 8TH FLOOR

ST. LOUIS, MO 63102

| Official Use Only |
|---|

CHRISTINE GIORDANO HANLON
COUNTY CLERK
MONMOUTH COUNTY, NJ

INSTRUMENT NUMBER
2023054745
RECORDED ON
Aug 09, 2023
12:48:52 PM
BOOK:OR-9655 PAGE:2627
Total Pages: 9

REALTY TRANSFER FEES $1,851.50
COUNTY RECORDING FEES $100.00
TOTAL PAID        $1,951.50

| Submission Date (mm/dd/yyyy) | | 08/08/2023 |
|---|---|---|
| No. of Pages (excluding Summary Sheet) | | 7 |
| Recording Fee (excluding transfer tax) | | $100.00 |
| Realty Transfer Tax | | $1,851.50 |
| Total Amount | | $1,951.50 |
| Document Type | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | |
| Electronic Recordation Level | L2 - Level 2 (With Images) | |

**Municipal Codes**

| MARLBORO | 3001 |
|---|---|

1443606

| Additional Information (Official Use Only) |
|---|

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

F8411B6E-2C60-F6E9-8AE6-BC580B1B94F7/6779316 8263885

Page 1 of 2

Inst. # 2023054745 - Page 2 of 9

 **Monmouth County Document Summary Sheet**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Type** | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | | | | |
| | **Consideration** | $317,208.02 | | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| | **Document Date** | 08/08/2023 | | | | |
| | **Reference Info** | | | | | |
| | **Book ID** | **Book** | **Beginning Page** | **Instrument No.** | **Recorded/File Date** | |
| | | | | | | |
| **DEED/NO EXEMPTION FROM REALTY TRANSFER FEE** | **GRANTOR** | **Name** | | | **Address** | |
| | | CHRISTOPHER JANKOSKI | | | | |
| | | JESSICA JANKOSKI | | | | |
| | **GRANTEE** | **Name** | | | **Address** | |
| | | JESSICA JANKOSKI | | | | |
| | **Parcel Info** | | | | | |
| | **Property Type** | **Tax Dist.** | **Block** | **Lot** | **Qualifier** | **Municipality** |
| | | 30 | 275 | 25 | | 3001 |

**\* DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

**After Recording Return To:**
Stewart
500 North Broadway Suite 900
St. Louis, MO 63102

**Mail Tax Statements to:**
Jessica Jankoski
16 Guest Drive
Morganville, NJ 07751-0000

**Order #: WFRASM23582603**
**Township of Marlboro**
**County of Monmouth**
**State of New Jersey**
**Tax Block 275 Lot 25**

## QUIT CLAIM DEED

This QUIT CLAIM DEED, executed this _26th_ day of _July_, 20_23_, by and between JESSICA JANKOSKI, an unmarried person, whose address is 16 Guest Drive, Morganville, NJ 07751-0000, and former spouse CHRISTOPHER JANKOSKI, an unmarried person, whose address is 15 Sheriff Street, Freehold, NJ 07728, hereinafter called GRANTORS and JESSICA JANKOSKI, an unmarried person, whose address is 16 Guest Drive, Morganville, NJ 07751-0000, hereinafter called GRANTEES:

Wherever used herein the terms "GRANTORS" AND "GRANTEES" include all the party to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.

**Transfer of Ownership.** The Grantors grant and convey (transfer ownership of) the property (called the "Property") described below to the Grantees.

**Consideration.** This transfer of ownership is made for the sum and consideration of $0.00.

**Tax map Reference.** Municipality of the Township of Marlboro, Monmouth County, New Jersey Block No. 275 Lot No 25, Account No. _____. Commonly known as 16 Guest Drive, Morganville, NJ 07751-0000.

[ ]No lot and block or account number has been assigned to the Property as of the date of this Deed.

**Property Description.** The Property consists of the land and all the buildings, structures and improvements contained on the Property, and is located in the County of Monmouth and State of New Jersey. The legal description is:

### SEE COMPLETE LEGAL ATTACHED AS EXHIBIT "A"

**Type of Deed.** This Deed is called a Quitclaim Deed. The Grantors make no promises as to ownership or title, but simply transfers whatever interest the Grantors have to the Grantee.

**Signatures.** The Grantors sign this Deed as of the date at the top of the first page.

Witnessed or Attested by:

_____
JESSICA JANKOSKI

**STATE OF NEW JERSEY,**

**COUNTY OF** _Monmouth_ **SS.:**

    I CERTIFY that on 29th day of _July_, 2023, JESSICA JANKOSKI, of even date and any amendments thereto, personally came before me and stated to my satisfaction that this person (or if more than one, each person):

personally came before me and stated to my satisfaction that this person(s)

(a) was the maker of the attached instrument; and,

(b) executed this instrument as his/her/their own act.

_____

Printed Name:
Title: Notary Public

> CONSTANCE YEAGER
> Notary Public, State of New Jersey
> My Commission Expires Jul 22, 2027

**Signatures.** The Grantors sign this Deed as of the date at the top of the first page.

Witnessed or Attested by:

_____

CHRISTOPHER JANKOSKI

**STATE OF NEW JERSEY,**

**COUNTY OF** _Monmouth_ **SS.:**

I CERTIFY that on 26th day of _July_ , $2023$, CHRISTOPHER JANKOSKI, of even date and any amendments thereto, personally came before me and stated to my satisfaction that this person (or if more than one, each person):

personally came before me and stated to my satisfaction that this person(s)

(a) was the maker of the attached instrument; and,

(b) executed this instrument as his/her/their own act.

> CONSTANCE YEAGER
> Notary Public, State of New Jersey
> My Commission Expires Jul 22, 2027

_Constance Yeager_

Printed Name: _Constance Yeager_
Title: _Notary Public_

*Note: Consideration Paid Is Set Forth In The Body Of The Deed. N.J.S.A. 46:15-6(a)*

No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantors/Grantees and /or their agents; no boundary survey was made at the time of this conveyance

**Prepared By:**
Robert C. Litwack, Esq.
178 Macanippuck Road
Bridgeton, NJ 08302

# EXHIBIT B

# EXHIBIT C

American Land Title Association

Final ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Weichert Title Agency**
**ALTA Universal ID:**
**1909 Route 70 East**
**Cherry Hill, NJ 08003**

| | |
|---|---|
| File No./Escrow No. : | W544176 |
| Print Date & Time: | May 18, 2023  5:06 pm |
| Officer/Escrow Officer : | Patricia Zonin |
| Settlement Location : | BA's office - 1 Bethany Rd Bldg 3 Ste 45, Hazlet |

| | |
|---|---|
| Property Address: | 15 Sheriff Street |
| | Freehold, NJ 07728 |
| Borrower: | Christopher Jankoski |
| | 16 Guest Drive |
| | Marlboro, NJ 07751 |
| Seller: | Norma Bonilla |
| | 15 Sheriff Street |
| | Freehold, NJ 07728 |
| Lender: | Rocket Mortgage, LLC |

| | |
|---|---|
| Settlement Date: | May 19, 2023 |
| Disbursement Date: | May 19, 2023 |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | | Lender Credits from Rocket Mortgage, LLC | | 1,528.00 |
| | 465,000.00 | Sale Price of Property | 465,000.00 | |
| | | Deposit | | 18,000.00 |
| | | Loan Amount | | 372,000.00 |
| | | **Prorations/Adjustments** | | |
| | 887.37 | City/Town Taxes | 887.37 | |
| | | 05/19/23 - 06/30/23 | | |
| | | **Loan Charges to Rocket Mortgage, LLC** | | |
| | | 1% of Loan Amount (Points) | 3,720.00 | |
| | | Processing Fee | 1,250.00 | |
| | | Appraisal Fee to Amrock LLC | 670.00 | |
| | | Credit Monitoring Service to Factual Data | 4.50 | |
| | | Credit Report to Factual Data | 50.00 | |
| | | Flood Certification to Corelogic | 8.00 | |
| | | Flood Life of Loan Coverage to Corelogic | 5.00 | |

Copyright 2015 American Land Title Association
All rights reserved

File # W544176 / 80
Printed on 05/18/23 at 5:06:53PM by NDiCarrilloMarques

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to Rocket Mortgage, LLC (continued)** | | |
| | | Live of Loan Tax Service to Corelogic | 48.00 | |
| | | Prepaid Interest | 856.44 | |
| | | $65.88 per day from 05/19/23 to 06/01/23 Rocket Mortgage, LLC | | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Notary Fee to Patricia Zonin | 25.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Rocket Mortgage, LLC | 506.01 | |
| | | 3.000 months at $168.67/month | | |
| | | City/Town Taxes to Rocket Mortgage, LLC | 2,481.92 | |
| | | 4.000 months at $620.48/month | | |
| | | Aggregate Adjustment to Rocket Mortgage, LLC | | 337.34 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | (Survey) to Weichert Title Agency | 25.00 | |
| | | ALTA 8.1-06 (Environmental Protection Lien (New Jersey Variation)) to Weichert Title Agency | 25.00 | |
| | | ALTA 9.3-06 (Restrictions, Encroachments, Minerals - Loan Policy) to Weichert Title Agency | 25.00 | |
| | | Closing Service Letter to Fidelity National Title Insurance Company | 75.00 | |
| | | Copies to Weichert Title Agency | 5.00 | |
| | | County Clerk Search to Weichert Title Agency | 195.00 | |
| | | Document Handling to Weichert Title Agency | 15.00 | |
| | | Electronic Doc Transmission to Weichert Title Agency | 25.00 | |
| | | Examination Charge to Weichert Title Agency | 100.00 | |
| | | Lender's Title Insurance to Weichert Title Agency | 25.00 | |
| | | Coverage: 372,000.00 Premium: 25.00 | | |
| | | New Jersey Superior Court Search to Weichert Title Agency | 24.00 | |
| | | Notice of Settlement Filing to Weichert Title Agency | 40.00 | |
| | | Overnight Fee to Weichert Title Agency | 40.00 | |
| | | Post Closing Continuation Search to Weichert Title Agency | 10.00 | |
| | | Post Closing Processing Fee to Weichert Title Agency | 100.00 | |
| | | Settlement Fee to Weichert Title Agency | 490.00 | |
| | | Simultaneous Issue Fee to Weichert Title Agency | 25.00 | |
| | | Tax and Assessment Search to Weichert Title Agency | 42.00 | |

Copyright 2015 American Land Title Association
All rights reserved

File # W544176 / 80
Printed on 05/18/23 at 5:06:53PM by NDICamilloMarques

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Tideland Search to Weichert Title Agency | | |
| | | Buyer's Attorney's Costs Fee to Valerie F. Avrin, Esq. | 40.00 | |
| | | Buyer's Attorney's Legal Fee to Valerie F. Avrin, Esq. | 150.00 | |
| 70.00 | | Seller's Attorney's Costs Fee to Jeffrey Lehman, Esq. | 1,300.00 | |
| 2,795.00 | | Seller's Attorney's Legal Fee to Jeffrey Lehman, Esq. | | |
| | | Owner's Title Insurance to Weichert Title Agency<br>  Coverage:  465,000.00<br>  Premium:  2,492.00 | 2,492.00 | |
| 14.00 | | Wire Fee - Proceeds and Payoff to Weichert Title Agency | | |
| | | | | |
| | | **Commissions** | | |
| 9,500.00 | | Real Estate Commission - Listing Agent to Exp Realty, LLC<br>  Exp Realty, LLC | | |
| 9,100.00 | | Real Estate Commission - Selling Agent to Weichert Realtors - Holmdel<br>Note: Includes adjustment of ($200.00) for MLS Fee<br>  Weichert Realtors - Holmdel | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Clerk of Monmouth County | 358.00 | |
| 1,774.50 | | Transfer Tax to Clerk of Monmouth County | | |
| | | | | |
| | | **Payoff(s)** | | |
| 43,954.33 | | Payoff of First Mortgage Loan to NewRez<br>  Loan Payoff                         43,936.57<br>  Additional Interest From:          16.18<br>  05/22/23 Through:<br>  05/19/23 @ 8.090000 Per<br>  Diem plus 2 Extra Days<br>  Wire Fee                                 1.58<br>                 Total Payoff        43,954.33 | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium<br>12 months<br>  $660.61 paid outside closing by Borrower | 1,363.39 | |
| | | Property Taxes - 2nd Qtr to Freehold Borough<br>  $1,861.44 paid outside closing by Seller | | |

Copyright 2015 American Land Title Association
All rights reserved

File # W544176 / 80
Printed on 05/18/23 at 5:06:53PM by NDiCamilloMarques

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous (continued)** | | |
| 112.22 | | Final Water Reading to Borough of Freehold Water and sewer | | |
| | | Survey Invoice to Morgan Engineering and Surveying | 800.00 | |
| | | Good Faith Deposit | | 500.00 |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 67,320.05 | 465,887.37 | Subtotals | 483,301.63 | 392,365.34 |
| | | Due from Borrower | | 90,936.29 |
| 398,567.32 | | Due to Seller | | |
| 465,887.37 | 465,887.37 | Totals | 483,301.63 | 483,301.63 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Weichert Title Agency to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Christopher Jankoski

Seller

_Norma Bonilla_
Norma Bonilla
By: Jeffrey M. Lehman, as attorney in fact

_____
Patricia Zonin
Settlement Officer

Copyright 2015 American Land Title Association
All rights reserved

File # W544176 / 80
Printed on 05/18/23 at 5:06:53PM by NDiCamilloMarques