| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-16538 / MBK**

Christopher Michael Jankoski

Petition Filed Date: 06/28/2024
341 Hearing Date: 07/25/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2024 | $100.00 | 98710110 | 08/02/2024 | $100.00 | 99115270 | 09/03/2024 | $100.00 | 99573660 |
| 10/02/2024 | $100.00 | 10006421 | | | | | | |

**Total Receipts for the Period: $400.00   Amount Refunded to Debtor Since Filing: $378.00   Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher Michael Jankoski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» AMD DISCLOSURE | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022 | Priority Creditors<br>Hold Funds: Estimated | $2,576.83 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $740.42 | $0.00 | $0.00 |
| 3 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>»» 2017 SUBARU CROSSTREK WAGON | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | HACKENSACK UNIVERSITY MEDICAL GROUP | Unsecured Creditors | $2,654.07 | $0.00 | $0.00 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» NP/15 SHERIFF ST/1ST MTG | Mortgage Arrears | $44,753.58 | $0.00 | $0.00 |
| 6 | CENTRASTATE MEDICAL CTR | Unsecured Creditors | $305.01 | $0.00 | $0.00 |
| 7 | JESSICA JANKOSKI | Support Arrears | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $74,936.95 | $0.00 | $0.00 |
| 9 | HOAGLAND, LONGO, MORAN, DUNST & DOUKAS<br>»» JESSICA N. MAZUR, ESQ | Unsecured Creditors | $3,864.08 | $0.00 | $0.00 |
| 0 | Christopher Michael Jankoski | Debtor Refund | $378.00 | $378.00 | $0.00 |

**Chapter 13 Case No. 24-16538 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $378.00 | Current Monthly Payment: | $100.00 |
| Paid to Trustee: | $22.00 | Arrearages: | $0.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

