# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:             Case no.: __24-16538__

CHRISTOPHER MICHAEL JANKOSKI

                         Chapter: __13__

                         Judge: __MBK__

Debtor(s)

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims ($30.00 fee required*)
- ☐ Schedule E - Creditors holding unsecured priority claims ($30.00 fee required*)
- ☑ Schedule F - Creditors holding unsecured claims ($30.00 fee required*)
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ List of Creditors (Matrix) ($30.00 fee required*)

**IMPORTANT** – In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

NATIONAL MEDICAL ADMINISTRATORS, INC.,
PO BOX 924047
NORCROSS, GA 30010

LABORATORY CORPORATON OF AMERICA
PO BOX 2240
BURLINGTON, NC 27216

I certify under penalty of perjury that the above information is correct.

Dated: _1/23/25_      Debtor's signature: _[signed]_

Dated: _____      Debtor's signature: _____

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

rev.12/1/12