UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655

IN RE:

**CHRISTOPHER M. JANKOSKI**

CASE NO.: 24-16538
HEARING DATE: March 12, 2025
JUDGE: MBK

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER ON MOTION TO RECLASSIFY PROOF OF CLAIM 2 FILED BY CARVANA, LLC FROM SECURED TO UNSECURED

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 3, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the 3rd day of April, the debtor's motion is hereby **GRANTED.**

**ORDERED** that Proof of Claim number 2 filed by Carvana is reclassified to unsecured.

**AND FURTHER ORDERED** that Carvana shall amend proof of claim within seven (7) days from the date of this Order.