UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

IN RE:

**CHRISTOPHER M. JANKOSKI**

**Order Filed on May 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of **$ 4,000.00** for services rendered and expenses in the amount of **$00.00** for a total of **$4,000.00**.  The allowance shall be payable:

____ through the Chapter 13 plan as an administrative priority.

**X** outside the plan via the debtors initial retainer.

FURTHER ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of **$10,176.33** for services rendered and expenses in the amount of **$823.67** for a total of **$11,000.00**  The allowance shall be payable:

**X** through the Chapter 13 plan as an administrative priority.

____ outside the plan.