UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

IN RE:

**CHRISTOPHER M. JANKOSKI**

Order Filed on May 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of **$ 4,000.00** for services rendered and expenses in the amount of **$00.00** for a total of **$4,000.00**. The allowance shall be payable:

____ through the Chapter 13 plan as an administrative priority.

**X** outside the plan via the debtors initial retainer.

FURTHER ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of **$10,176.33** for services rendered and expenses in the amount of **$823.67** for a total of **$11,000.00** The allowance shall be payable:

**X** through the Chapter 13 plan as an administrative priority.

____ outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-16538-MBK
Christopher Michael Jankoski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 1
Date Rcvd: May 15, 2025 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

**Recip ID        Recipient Name and Address**
db        + Christopher Michael Jankoski, 22 Kenith Way, Robbinsville, NJ 08691-3075

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

**Name            Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Hanratty
on behalf of Debtor Christopher Michael Jankoski thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4