Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  24−16538−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Christopher Michael Jankoski
 aka Christopher M. Jankoski, aka
 Christopher Jankoski
 22 Kenith Way
 Robbinsville, NJ 08691

Social Security No.:
 xxx−xx−6586

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

 NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 19, 2025.

Dated: May 19, 2025
JAN: wiq

          Jeanne Naughton
          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher Michael Jankoski  
    Debtor

Case No. 24-16538-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 19, 2025      Form ID: plncf13      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Michael Jankoski, 22 Kenith Way, Robbinsville, NJ 08691-3075 |
| auc | + | Blue Moon Estate Sales of Central Jersey, 26 Dayna Drive, Monroe, NJ 08831-1991 |
| r | + | Raquel Nunez-Villaman, Weichert, 1394 Route 9 South, Old Bridge, NJ 08857-2861 |
| 520316586 | | BRIDGECREST CREDIT COMPANY,LLC, 1800 N COLORADO ST, Gilbert, AZ 85233 |
| 520316589 | + | CAPITAL HEALTH, ATTN: PATIENT ACCOUNTS, 750 BRUNSWICK AVE, Trenton, NJ 08638-4143 |
| 520316593 | + | CENTRAL JERSEY EMER MEDICINE ASSOC PC, ATTN: 821, PO BOX 3484, Toledo, OH 43607-0484 |
| 520316594 | + | CENTRASTATE HEALTHCARE SYSTEM, 901 W Main St, Freehold, NJ 07728-2549 |
| 520316599 | + | CREDIT MANAGEMENT COMPANY, PO BOX 16182, Pittsburgh, PA 15242-0182 |
| 520316604 | + | FREEHOLD BOROUGH, 30 MECHANIC STREET, Freehold, NJ 07728-2206 |
| 520316616 | + | HACKENSACK MERIDIAN HEALTH MEDICAL GROUP, PO BOX 95000, Philadelphia, PA 19195-0001 |
| 520316617 | + | HACKENSACK MERIDIAN HEALTH MEDICAL GROUP, PO BOX 95000-4353, Philadelphia, PA 19195-0001 |
| 520316619 | + | HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, 40 PATERSON STREET PO BOX 480, New Brunswick, NJ 08903-0480 |
| 520316621 | + | JERSEY SHORE UIVERSITY MEDICAL CENTER, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316622 | | JERSEY SHORE UNIVERSITY MEDICAL CENTER, 1945 NJ-33, Neptune, NJ 07753 |
| 520542067 | + | NATIONAL MEDICAL ADMNISTRATORS, INC.,, PO BOX 924047, NORCROSS, GA 30010-4047 |
| 520316626 | + | NEW JERSEY NATURAL GAS, 1415 WYCKOFF ROAD PO BOX 1464, Belmar, NJ 07719-1464 |
| 520316634 | + | PRINCETON RADIOLOGY ASSOCIATED PA, 3674 State Route 27, Kendall Park, NJ 08824-1002 |
| 520316636 | + | ROCKET MORTGAGE, LLC, 1050 WOODWARD AVENUE, Detroit, MI 48226-3573 |
| 520335542 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520316640 | + | VENGROFF WILLIAMS, INC, DEPT 500 PO BOX 4478, Houston, TX 77210-4478 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2025 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2025 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520316570 | + | Email/Text: amscbankruptcy@adt.com | May 19 2025 21:07:00 | ADT SECURITY SERVICES, PO BOX 371878, Pittsburgh, PA 15250-7878 |
| 520316571 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 19 2025 21:05:32 | AFFIRM, 650 CALIFORNIA STREET, FLOOR 12, San Francisco, CA 94108-2716 |
| 520316573 | + | Email/Text: kristin.villnneauve@allianceoneinc.com | May 19 2025 21:06:00 | ALLIANCEONE, PO BOX 3100, Southeastern, PA 19398-3100 |
| 520316572 | ^ | MEBN | May 19 2025 20:58:44 | ALLIANCEONE, 3043 WALTON ROAD, SUITE 201, Plymouth Meeting, PA 19462-2389 |
| 520316575 | + | Email/Text: ebn@americollect.com | May 19 2025 21:07:00 | AMERICOLLECT, PO BOX 1505, Manitowoc, WI 54221-1505 |

Case 24-16538-MBK    Doc 99    Filed 05/21/25    Entered 05/22/25 00:14:34    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: plncf13 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 520316574 | | Email/Text: ebn@americollect.com | May 19 2025 21:07:00 | AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |
| 520316580 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 19 2025 21:06:00 | BANK OF AMERICA, N.A., 450 AMERICAN ST 93065-6285 |
| 520316581 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 19 2025 21:07:00 | BARCLAYS BANK DELAWARE, PO BOX 8803 ATT: CREDIT BUREAU, Wilmington, DE 19899-8803 |
| 520316582 | ^ | MEBN | May 19 2025 20:58:07 | BCA FINANCIAL SERVICES, 18001 OLD CUTLER ROAD, SUITE 462, Miami, FL 33157-6437 |
| 520316585 | | Email/Text: bankruptcynotices@bermanrabin.com | May 19 2025 21:06:00 | BERMAN & RABIN, PA, 15280 METCALF AVE, Overland Park, KS 66223 |
| 520321425 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2025 21:23:42 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520316587 | + | Email/Text: bankruptcy@ctech-collects.com | May 19 2025 21:06:00 | C.TECH COLLECTIONS, INC, PO BOX 402, Mount Sinai, NY 11766-0402 |
| 520316591 | ^ | MEBN | May 19 2025 20:59:05 | CAPITAL HEALTH MEDICAL GROUP, ATTN: 17558X, PO BOX 14000, Belfast, ME 04915-4033 |
| 520316592 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 21:23:41 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520340541 | + | Email/Text: bankruptcy@certified-solutions.com | May 19 2025 21:07:00 | CENTRASTATE MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520316595 | + | Email/Text: bankruptcy@certified-solutions.com | May 19 2025 21:07:00 | CERTIFIED SOLUTIONS, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 520316596 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 19 2025 21:07:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 520316601 | ^ | MEBN | May 19 2025 20:59:36 | CREDIT MANAGEMENT COMPANY, 200 EAST POST ROAD, SUITE 130, White Plains, NY 10601-4959 |
| 520316603 | + | Email/Text: bankruptcy@ctech-collects.com | May 19 2025 21:06:00 | CTECH COLLECTIONS INC, PO BOX 402, Mount Sinai, NY 11766-0402 |
| 520328337 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2025 21:23:43 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520316605 | ^ | MEBN | May 19 2025 20:57:52 | HACKENSACK MERIDIAN HEALTH, PO BOX 48028, Newark, NJ 07101-4828 |
| 520316606 | ^ | MEBN | May 19 2025 20:59:26 | HACKENSACK MERIDIAN HEALTH, PO BOX 8505, Coral Springs, FL 33075-8505 |
| 520331661 | + | Email/Text: bankruptcy@ctech-collects.com | May 19 2025 21:06:00 | Hackensack University Medical Group, c/o C. Tech Collections, Inc., 5505 Nesconset Highway - Suite 200, Mt. Sinai, NY 11766-2026 |
| 520316620 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2025 21:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520316623 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2025 21:04:45 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3971 |
| 520364421 | + | Email/Text: RASEBN@raslg.com | May 19 2025 21:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520316624 | ^ | MEBN | May 19 2025 20:58:13 | KML LAW GROUP, PC, 701 MARKET STREET, SUITE 5000, Philadelphia, PA 19106-1541 |
| 520542068 | | Email/Text: govtaudits@labcorp.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: plncf13 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 19 2025 21:06:00 | LABORATORY CORPORATION OF AMERICA, PO BOX 2240, BURLINGTON, NC 27216 |
| 520316625 | | Email/Text: Bankruptcy@mjrf.com | May 19 2025 21:06:00 | MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP, 6851 JERICHO RPKE, SUITE 220, PO BOX 9036, Syosset, NY 11791 |
| 520316628 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 19 2025 21:06:00 | NJ E-ZPASS, PO BOX 4971, Trenton, NJ 08650 |
| 520316632 | ^ | MEBN | May 19 2025 20:58:31 | PA TURNPIKE TOLL BY PLATE, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 520316633 | ^ | MEBN | May 19 2025 20:58:41 | PORT AUTHORITY NY NJ, ATTN: TOLLS BY MAIL PAYMENT PROCESSING C, PO BOX 15183, Albany, NY 12212-5183 |
| 520316635 | ^ | MEBN | May 19 2025 20:58:49 | QUEST DIAGNOSTICS, PO BOX 825, South Windsor, CT 06074-0825 |
| 520316637 | ^ | MEBN | May 19 2025 20:59:24 | RWJ BARNABAS HEALTH, PO BOX 22363, New York, NY 10087-0001 |
| 520316638 | + | Email/Text: DeftBkr@santander.us | May 19 2025 21:07:00 | SANTANDER BANK N.A., 15 WESTMINISTER STREET, Providence, RI 02903-2437 |
| 520316639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:18 | SYNCB/SAMS CLUB, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 520316641 | ^ | MEBN | May 19 2025 20:56:59 | VENGROFF WILLIAMS, INC., PO BOX 4155, Sarasota, FL 34230-4155 |
| 520316642 | ^ | MEBN | May 19 2025 20:57:00 | VIOLATIONS PROCESSING CENTER, PO BOX 15186, Albany, NY 12212-5186 |
| 520316644 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | May 19 2025 21:06:00 | WATERFALL REVENUE GROUP, 2297 STATE HIGHWAY 33, SUITE 906, Trenton, NJ 08690-1717 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520316579 | *+ | AMERICOLLECT, PO BOX 1505, Manitowoc, WI 54221-1505 |
| 520316576 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, 1851 S ALVERNO ROAD, Manitowoc, WI 54221 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025        Signature:        /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: plncf13 | Total Noticed: 61 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Christopher Michael Jankoski thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4