UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

IN RE:

**CHRISTOPHER M. JANKOSKI**

Order Filed on October 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of **$391.26** for services rendered and expenses in the amount of **$15.51** for a total of **$406.77.** The allowance shall be payable:

  **X** through the Chapter 13 plan as an administrative priority.

  ____ outside the plan.