UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

In Re:

CHRISTOPHER JANKOSKI

Case No.: 24-16538

Chapter: 13

Adv. No.: ____________

Hearing Date: Obj Due: 06/25/2026

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Arely Aguirre :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Edward Hanratty, who represents Debtor in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On 06/22/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Fee Application (Doc 109)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/22/2026

/s/ Arely Aguirre
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher Jankoski<br>22 Kenith Way<br>Robbinsville, NJ 08691 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |