UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**CHRISTOPHER M. JANKOSKI**

CASE NO.: 24-16538
HEARING DATE:
JUDGE: MBK

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ______Edward Hanratty______, the applicant, is allowed a fee of **$362.45** for services rendered and expenses in the amount of **$26.21** for a total of **$388.66.** The allowance shall be payable:

__X__ through the Chapter 13 plan as an administrative priority.

____ outside the plan.